# EXHIBIT A

Firm I.D. No. 22231

FILED

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

2018 APR 13 PM 2:57

CIRCUIT COURT
COUNTY, ILLINOIS
LAW DIVISION

DOROTHY ... CL...

BARUCH WINTERS,

            Plaintiff,

    vs.

GLOBAL EXPERIENCE SPECIALISTS,
INC.,

            Defendant.

Court No.

2018L003776
CALENDAR/ROOM E
TIME 00:00
Premises Liability

**COMPLAINT AT LAW**

COUNT I

NOW COMES the Plaintiff, BARUCH WINTERS, by and through his attorneys, MUNDAY & NATHAN, and makes the following allegations against the Defendant, GLOBAL EXPERIENCE SPECIALISTS, INC.:

1. On and prior to the 17th day of May, 2017, the Defendant, GLOBAL EXPERINECE SPECIALISTS, INC., was a corporation organized and existing as a legal entity within the State of Illinois.

2. At all times relevant, the Plaintiff, BARUCH WINTERS, was a resident of Cook County, Illinois.

3. On and prior to the 17th day of May, 2017, the defendant, GLOBAL EXPERINECE SPECIALISTS, INC., by and through its agents and employees, was responsible for constructing booths for a trade show at McCormick Place, in the County of Cook, and State of Illinois.

4. At all times relevant, it was the duty of the defendant, GLOBAL EXPERINECE SPECIALISTS, INC., to construct the booths within McCormick Place in a reasonably safe condition for the use of the public.

5. On the 17th day of May, 2017, the plaintiff, BARUCH WINTERS, was lawfully at McCormick Place preparing for a trade show.

6. Not regarding its duty as aforesaid, the defendant, GLOBAL EXPERINECE SPECIALISTS, INC., was guilty of one or more of the following careless and negligent acts or omissions:

(a)    carelessly and negligently constructed the walls of the booth/display;

(b)    carelessly and negligently failed to warn individuals within the booth/display of the unsafe or otherwise hazardous condition;

(c)    carelessly and negligently failed to post warning signs, or otherwise give timely and adequate warning of the dangerous condition existing;

(d)    carelessly and negligently failed properly secure the walls of the booth/display;

(e)    carelessly and negligently hit the wall and knocked over the wall of the booth/display;

(f)    carelessly and negligently failed to advised individuals within the booth/display that construction was being done and therefore, the booth/display was an unsafe area; and/or

(g)    was otherwise careless and negligently.

7. As a direct and proximate result of the careless and negligent acts of the defendant, GLOBAL EXPERINECE SPECIALISTS, INC., the wall of a mock kitchen in booth 5607 in Hall B1 of McCormick Place fell on the plaintiff, BARUCH WINTERS, without any warning, causing him to fall to the ground.

8. As a direct and proximate result of the aforesaid, the plaintiff, BARUCH WINTERS, suffered injuries of a personal and pecuniary nature, including but not limited to, lost wages, medical expenses, pain and suffering, and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, BARUCH WINTERS, asks judgment against the defendant, GLOBAL EXPERINECE SPECIALISTS, INC., in a sum in excess of One Hundred Thousand ($100,000) Dollars, which will fairly compensate the plaintiff for the injuries sustained.

Respectfully submitted,

By: _____
Sharon A. Kobrin

MUNDAY & NATHAN
33 N. Dearborn Street
Suite 2220
Chicago, IL 60602
312-346-5678
**skobrin@mundayandnathan.com**

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
00114706 Law-01    4/13/2018 2:57PM
ATTY: 22231   015 HARIKRPT
AD DAMNUM:              $100,001.00
CASE NO: 2018L003776    CALENDAR: E
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $598.00
12 Jurors 3                    $230.00
Automation                      $25.00
Document Storage                $25.00
Law Library                     $21.00
Arbitration                     $10.00
Base Filing Fee 6              $240.00
Dispute Resolution               $1.00
Court Services                  $25.00
Children Waiting Rm             $10.00
Access Justice Fund              $2.00
e-Business                       $9.00
CHECK NO: 42722
CHECK AMOUNT:                  $598.00
CHANGE                          $0.00
TRANSACTION TOTAL:             $598.00
```

Firm I.D. No. 22231

FILED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 18 APR 13 PM 2:58
COUNTY DEPARTMENT, LAW DIVISION

CIRCUIT COURT OF COOK
COUNTY ILLINOIS
LAW DIVISION

DOROTHY BROWN, CLERK

BARUCH WINTERS,

               Plaintiff,

     vs.

GLOBAL EXPERIENCE SPECIALISTS,
INC.,

               Defendant.

Court No.

2018L003776
CALENDAR/ROOM E
TIME 00:00
Premises Liability

AFFIDAVIT OF SHARON A. KOBRIN

I, SHARON A. KOBRIN, being duly sworn under oath depose and state as follows:

1. That I am the attorney who prepared the complaint for the above-captioned matter.

2. That I believe that this case is worth greater than $50,000 based upon the injuries sustained and the continuing nature of the plaintiff's complaints.

FURTHER AFFIANT SAYETH NOT

_____
SHARON A. KOBRIN

Subscribed and sworn to
before me this 13th day
of April , 2018.

_____
Notary Public

OFFICIAL SEAL
LA TONYA T ROBINSON
Notary Public - State of Illinois
My Commission Expires Aug 1, 2018

1910 - No Fee Paid
1919 - Fee Paid
Jury Demand

(Rev. 12/31/15) CCG N067

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW _____ DEPARTMENT/FIRST _____ DISTRICT

BARUCH WINTERS

v.

GLOBAL EXPERIENCE SPECIALISTS, INC.

2018L003776
CALENDAR/ROOM E
TIME 00:00
Premises Liability

No. _____

**JURY DEMAND**

The undersigned demands a jury trial.

2018 APR 13 PH 2:5 [stamp]
CIRCUIT COURT
COOK COUNTY, ILL
DOROTHY BROWN

(Signature)

☐ Atty. No.: 22231
Name: MUNDAY & NATHAN/Sharon A. Kobrin
Atty. for: Plaintiff
Address: 33 North Dearborn Street, Suite 2220
City/State/Zip: Chicago, IL 60602
Telephone: (312) 346-5678
Primary Email: skobrin@mundayandnathan.com
Secondary Emai: _____
Tertiary Email: _____

Dated: 4-13-18

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1