

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

December 21, 2018

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Winters v. Global Experience Specialists, Inc.
USDC No: 1:18-cv-4154

Circuit Court No:  2018L003776

Dear Clerk:

A certified copy of an order entered on 12/7/2018 by the Honorable John Robert Blakey, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By: /s/ Michelle Copeland
Deputy Clerk